# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3572
Lower Tribunal No. 2021-CA-008059-O

_____

WHOLLY HEMP, INC.,

Appellant,

v.

ZACHARY STEPHENSON,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

WHITE, SMITH and MIZE, JJ., concur.


Andrew B. Greenlee, of Andrew B. Greenlee, P.A., Sanford, for Appellant.

Benjamin A. Webster, Morgan & Morgan, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED